UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS E. McKINLEY, JR., an individual residing in Benton County, Washington,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID SCHNEIDER, an individual residing in San Diego, California, et al.,<br><br>        Defendants. | No. CV-05-5025-AAM<br><br>**ORDER OF DISMISSAL** |

    In an order filed June 28, 2005, plaintiff was directed to show cause in writing within ten (10) days why this action should not be dismissed without prejudice for failure to timely effect service. Fed. R. Civ. P. 4(m). He has not filed anything in response. Accordingly, this action is **DISMISSED without prejudice** and this file shall be **CLOSED**.

    **IT IS SO ORDERED**. The District Executive is directed to enter this order and forward a copy to the plaintiff.

    **DATED** this  26th  of July, 2005.


                s/ Alan A. McDonald
                ALAN A. McDONALD
           Senior United States District Judge

**ORDER OF DISMISSAL-**        **1**